# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-1753
LT Case No. 59-2023-CF-921-A

————————————————

ROBERT LEE SHULL,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————

3.801 Appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Robert Lee Shull, DeFuniak Springs, pro se.

No Appearance for Appellee.

September 2, 2025

PER CURIAM.

   AFFIRMED. *See Schiedenhelm v. State,* 325 So. 3d 303 (Fla. 5th DCA 2021).

JAY, C.J., and SOUD and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————